FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA 19 AM 9: 26

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. '07 MJ 2934 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| **Eduardo AGUILERA-Ramirez** ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Aliens |
| Defendant. ) | Without Presentation (Felony) |
| ) | |

The undersigned complainant being duly sworn states:

On or about **December 18, 2007**, within the Southern District of California, defendant **Eduardo AGUILERA-Ramirez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Aurora LOPEZ-Mayo**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 19th day of **December 2007**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Aurora LOPEZ-Mayo** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 18, 2007 at approximately 7:01 AM, **Eduardo AGUILERA-Ramirez (Defendant)** applied for admission into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through vehicle primary lane 20. Defendant was the driver and sole visible occupant of a white 1997 Ford F-150. During primary inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his California drivers license and declared he was not bringing anything back from Mexico. Defendant claimed ownership of the vehicle stating he had owned it for a short time. During a cursory inspection of the vehicle, the CBP Officer discovered two females concealed in a non-factory rear seat compartment. Defendant was taken into custody and escorted to a secondary office for further investigation.

In secondary, an inspection of the vehicle revealed the two females concealed inside the non-factory compartment located under the rear seat. The females extracted from the compartment were identified as Mexican citizens without proper documents to enter the United States. One is now identified as **Aurora LOPEZ-Mayo (Material Witness)**.

Defendant was read his Miranda rights and elected to make a statement and answer questions without a lawyer present. Defendant stated he was going to receive a sum of $700.00 USD for driving the vehicle across the border. Defendant stated he did not know he was smuggling people across the border. Defendant stated he made the arrangements with a male named "Adolfo" in Tijuana, Mexico. Defendant stated he was going to deliver the vehicle to a Denny's located on E Street off of Interstate 805.

Material Witness was interviewed and admitted being a citizen of Mexico without entitlements to enter or reside in the United States. Material Witness stated she wanted to go to Fallbrook, California to seek employment. Material Witness stated she was going to pay $3,500.00 USD to be smuggled into the United States.

_____
Signature of Complainant
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

_____
United States Magistrate Judge