**JOSEPH M. McMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: Joseph_McMullen@fd.org

Attorneys for Mr. Aguilera-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2934-WMC |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF ATTORNEY APPEARANCE** |
| v. ) | |
| ) | |
| EDUARDO AGUILERA-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Joseph M. McMullen and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,


Dated: December 21, 2007        */s/ Joseph M. McMullen*
**JOSEPH M. MCMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Aguilera-Ramirez
Joseph_McMullen@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED: December 21, 2007            /s/ Joseph M. McMullen
**JOSEPH M. MCMULLEN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Joseph_McMullen@fd.org